**LAURA B. WEISS**
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Assistant U.S. Attorney
U.S. Attorney's Office
E-mail: Laura.Weiss@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
JAN 23 2012
PATRICK E. DUFFY, CLERK
BY _____
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN ALLEN SCHWEITZER,<br><br>Defendant. | CR 12 - 6 -GF- SEH<br><br>**INDICTMENT**<br><br>FAILURE TO REGISTER AS A SEXUAL OFFENDER<br>Title 18 U.S.C. § 2250(a)<br>(Penalty: Ten years imprisonment, $250,000 fine, and five years to lifetime supervised release) |

THE GRAND JURY CHARGES:

On or about November 24, 2011, through December 19, 2011, in Cascade County, in the District of Montana, the defendant, BRIAN

1

ALLEN SCHWEITZER, a sex offender by reason of a juvenile adjudication under Montana law for Sexual Intercourse Without Consent, and a person required to register as a sex offender under the Sex Offender Registration and Notification Act, traveled in interstate commerce to Montana, and knowingly failed to update a registration as required by the Sex Offender Registration and Notification Act, in violation of 18 U.S.C. § 2250(a).

A TRUE BILL.

*[signature]*
FOREPERSON

*[signature]*
MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

*[signature]*
KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons _____
Warrant: ✓
Bail: *none set*
*State custody at Cascade Co. Jail*